1541

FILED

JUN 24 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 21-275 |
| v. | 18 U.S.C. § 1708 |
| PARIS ADAIR | [UNDER SEAL] |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about October 8, 2020, in the Western District of Pennsylvania, the defendant, PARIS ADAIR, did steal and take from and out of an authorized depository for mail matter or mail receptacle located at 3955 Bigelow Boulevard, Pittsburgh, PA, 15213, a package or mail addressed to a resident of the building at 3955 Bigelow Boulevard, Pittsburgh, PA, 15213.

In violation of Title 18, United States Code, Section 1708.

A True Bill,

_Jennifer Hydler_
Foreperson

_[signature]_
STEPHEN R. KAUFMAN
Acting United States Attorney
PA ID No. 42108